# EXHIBIT "A"

22A00926

No. _____

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

Date Summons Issued and Filed
3/11/2022

**SUMMONS**

/s/ Monica Gay
_____

Deputy Clerk

Deborah Whitfield
_____

5346 Queen Ester Court, Ellenwood, GA 30294
_____

(Plaintiff's name and address)

Deposit Paid $ _____

[] **ANSWER**

**vs.**

[] **JURY**

| Stephen Eubanks | And | Old Dominion Freight Line, Inc., |
| 3667 Nashville Highway, | | Attn: C T Corporation System, |
| | | 289 S Culver Street, |
| Lewisburg, TN 37091 | | Lawrenceville, GA 30046 |

(Defendant's name and address)

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Richard Parsons, Parsons Law, LLC
_____

(Name)

208 Pirkle Ferry Road, Suite B, Cumming, GA 30040
_____

(Address)

678-463-0541                                882961
_____

(Phone Number)                          (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

Defendant's Attorney _____

Third Party Attorney _____

_____

_____

Address

Address

Phone No. _____ Georgia Bar No. _____

Phone No. _____ Georgia Bar No. _____

**TYPE OF SUIT**

☐ Account        ☒ Personal Injury
☐ Contract       ☐ Medical Malpractice
☐ Note           ☐ Legal Malpractice
☐ Trover         ☐ Product Liability
                 ☐ Other

Principal    $ _____

Interest     $ _____

Atty Fees    $ _____

☐ Transferred From _____

**(Attach BLUE to Original and WHITE to Service Copy of complaint)**

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☒ State Court of <u>Dekalb</u> County

| For Clerk Use Only | |
|---|---|
| Date Filed <u>3/11/2022</u> | Case Number <u>22A00926</u> |
| **MM-DD-YYYY** | |

| Plaintiff(s) | Defendant(s) |
|---|---|
| Whitfield, Deborah | Eubank, Stephen |
| **Last    First    Middle I.    Suffix    Prefix** | **Last    First    Middle I.    Suffix    Prefix** |
| | Old Dominion Freight Line, Inc. |
| **Last    First    Middle I.    Suffix    Prefix** | **Last    First    Middle I.    Suffix    Prefix** |
| **Last    First    Middle I.    Suffix    Prefix** | **Last    First    Middle I.    Suffix    Prefix** |
| **Last    First    Middle I.    Suffix    Prefix** | **Last    First    Middle I.    Suffix    Prefix** |

Plaintiff's Attorney <u>Richard Parsons</u>    Bar Number <u>780042</u>    Self-Represented ☐

**Check One Case Type in One Box**

| **General Civil Cases** | **Domestic Relations Cases** |
|---|---|
| ☒ **Automobile Tort** | ☐ **Adoption** |
| ☐ **Civil Appeal** | ☐ **Dissolution/Divorce/Separate** |
| ☐ **Contract** | **Maintenance** |
| ☐ **Garnishment** | ☐ **Family Violence Petition** |
| ☐ **General Tort** | ☐ **Paternity/Legitimation** |
| ☐ **Habeas Corpus** | ☐ **Support – IV-D** |
| ☐ **Injunction/Mandamus/Other Writ** | ☐ **Support – Private (non-IV-D)** |
| ☐ **Landlord/Tenant** | ☐ **Other Domestic Relations** |
| ☐ **Medical Malpractice Tort** | |
| ☐ **Product Liability Tort** | **Post-Judgment – Check One Case Type** |
| ☐ **Real Property** | ☐ **Contempt** |
| ☐ **Restraining Petition** | ☐ **Non-payment of child support,** |
| ☐ **Other General Civil** | **medical support, or alimony** |
| | ☐ **Modification** |
| | ☐ **Other/Administrative** |

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
**Case Number**    **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

Deborah Whitfield,                    )
                                      )
PLAINTIFF,                            )
                                      )           **CIVIL ACTION FILE**
v.                                    )
                                      )           NO._22A00926_____
Stephen Eubank and                    )
Old Dominion Freight Line, Inc.,      )           **JURY TRIAL DEMANDED**
                                      )
DEFENDANTS.                           )

## NEGLIGENCE COMPLAINT

**COMES NOW**, Deborah Whitfield, Plaintiff, and makes and files this

complaint against Defendants, Stephen Eubank and Old Dominion Freight, Inc., as

follows:

## PARTIES AND JURISDICTION

### 1.

Plaintiff resides at 5346 Queen Ester Court, Ellenwood, GA 30294 and is

subject to the jurisdiction of this court.

### 2.

Defendant, Stephen Eubank, resides at 3667 Nashville Highway, Lewisburg,

TN 37091 and may be served with a copy of the summons and complaint at this

address and is subject to the jurisdiction of this court.

- 1 -

3.

Defendant, Old Dominion Freight Line, Inc., is a foreign profit corporation existing under the law of the State of Georgia with its principal place of business in Virginia and may be served with a copy of the summons and complaint to its registered agent, C T Corporation System, 289 S Culver Street, Lawrenceville, GA 30046 and is subject to the jurisdiction of this court.

4.

Jurisdiction and venue are proper in this court.

## **BACKGROUND**

5.

On or about November 21, 2020, the Plaintiff was the restrained driver of 2008 Lexus LS traveling east I-285 East Bound exit ramp near Moreland Avenue.

6.

Plaintiff was making a left turn on Moreland Avenue.

7.

A 2020 Freightliner Tractor Trailer driven by Defendant, Stephen Eubank, struck Plaintiff's vehicle, thereby causing a violent side collision.

## COUNT I
## NEGLIGENCE

8.

Plaintiff realleges and incorporates by reference to the foregoing paragraphs.

9.

Defendants' negligence, which constitutes the direct and proximate cause of the injuries to Plaintiff consisted of, but is not limited to:

(a) failing to exercise ordinary diligence in violation of O.C.G.A. § 51-1-2;

(b) failing to exercise ordinary care;

(c) failing to keep a proper lookout; and

(d) committing other reckless and negligent acts and omissions, as shall be sown by the evidence and proven at trial.

10.

As a result of Defendants' negligence, Plaintiff has suffered the following:

(a) physical and mental pain and suffering;

(b) property damage; and

(c) loss of enjoyment of life.

11.

Defendants' negligence is the sole and proximate cause of plaintiff's injuries.

12.

As a result of Defendants' negligence, Plaintiff has incurred special damages in the amount of $47,761.33.

13.

At all times material hereto, Plaintiff conducted herself in a safe and lawful manner and did not in any way cause or contribute to the circumstances which caused him/her to sustain serious bodily injury and property loss.

## COUNT 2
## VICARIOUS LIABILITY

14.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 13 above as if fully restated.

15.

At all times relevant to this action, the individuals responsible for inspecting, operating and maneuvering Defendant's vehicle, were employed by Defendant, Old Dominion Freight Line, Inc., and were acting within the scope of their employment.

16.

Defendant, Old Dominion Freight Line, Inc., is responsible for the conduct of these individuals under the doctrine of respondeat superior, agency or apparent agency.

## COUNT 3

## NEGLIGENT TRAINING & SUPERVISION

17.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 16 above as if fully restated.

18.

Defendant, Old Dominion Freight Line, Inc., was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, operations, and maneuvering were performed on and in the vehicle owned by Old Dominion Freight Line, Inc. and in failing to train its employees concerning safety procedures for inspecting, operating and maneuvering said vehicle.

19.

Defendant was negligent in training and supervising its staff.

20.

As a result of defendant's negligence in training and supervising its employees, plaintiff was injured.

**WHEREFORE**, Plaintiff respectfully demands:

(a)     service of process according to law;

(b)     judgment against the Defendants for actual damages, general
        damages, nominal damages, special damages expenses of litigation,
        and the cost of this action;

(c)     trial by jury; and

(d)     such other and further relief as is just and proper;


This 11th day of March, 2022.


Parsons Law, LLC                                    /s/ Richard Parsons
208 Pirkle Ferry Road                                 Richard Parsons
Suite B                                             GA Bar No.: 882961
Cumming, GA 30040                                      Shaun Moore
678-314-1553                                        GA Bar No.: 780042
smoore@parsons-lawfirm.com                  ATTORNEYS FOR PLAINTIFF
rparsons@parsons-lawfirm.com


STATE COURT OF
DEKALB COUNTY, GA.
3/11/2022 1:26 PM
E-FILED
BY: Monica Gay

**IN THE** _____STATE_____ **COURT OF** _____DEKALB_____ **COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| ____Deborah Whitfield_____, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO._22A00926_____ |
| Stephen Eubank & Old Dominion Freight Line, Inc.) | |
| ) | |
| DEFENDANT. ) | |

## VERIFICATION

I swear, subscribe and verify that the statements contained in the foregoing Complaint that pertain to me are true and correct to the best of my knowledge. However, it is not based solely on the knowledge of the executing party, but includes information obtained by and through his/her agents, representatives and attorneys. The word usage and sentence structure may be that of the attorney assisting in the preparation of the Complaint and does not necessarily purport to be the precise language of the executing party.

_____                Date:___03/2/2022_____

Deborah Whitfield

STATE COURT OF
DEKALB COUNTY, GA.
3/11/2022 1:26 PM
E-FILED
Doc ID: 9c80afbbd76e0c080d008e1795d4319e876c88f1
BY: Monica Gay

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Hello |
| **FILE NAME** | RackMultipart20180220-11-u7g7t1.pdf |
| **DOCUMENT ID** | 9c80afbbd76e0c080d008e1795d4319e876c88f1 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

This document was requested on parsonslawfirm.cliogrow.com and signed on parsonslawfirm.cliogrow.com

## Document History

| | | |
|---|---|---|
| **SENT** | **03 / 02 / 2022**<br>16:24:40 UTC | Sent for signature to Deborah Whitfield (dywhitfield@yahoo.com) from litigationgeorgia@parsons-lawfirm.com IP: 75.131.21.99 |
| **VIEWED** | **03 / 03 / 2022**<br>15:15:13 UTC | Viewed by Deborah Whitfield (dywhitfield@yahoo.com) IP: 73.82.155.44 |
| **SIGNED** | **03 / 09 / 2022**<br>19:16:35 UTC | Signed by Deborah Whitfield (dywhitfield@yahoo.com) IP: 107.77.236.49 |
| **COMPLETED** | **03 / 09 / 2022**<br>19:16:35 UTC | The document has been completed. |

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☐ State Court of _____ County

| For Clerk Use Only | 22A00926 |
|---|---|
| Date Filed __3/11/2022_____<br>**MM-DD-YYYY** | Case Number _____ |

**Plaintiff(s)**                                               **Defendant(s)**

| Last | First | Middle I. | Suffix | Prefix |     | Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|---|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |     | Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|---|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |     | Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|---|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |     | Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|---|---|---|---|---|---|

**Plaintiff's Attorney** _____     **Bar Number** _____     **Self-Represented** ☐

**Check One Case Type in One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
**Case Number**                        **Case Number**

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
                                                                                        **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.20

**STATE COURT OF**
**DEKALB COUNTY, GA.**
**3/11/2022 1:26 PM**
**E-FILED**
**BY: Monica Gay**

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **Deborah Whitfield,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | |
| | ) | **NO.** 22A00926 _____ |
| **Stephen Eubank and** | ) | |
| **Old Dominion Freight Line, Inc.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **DEFENDANTS.** | ) | |

### PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS
### TO DEFENDANT OLD DOMINION FREIGHT LINE, INC.

**COMES NOW,** Plaintiff, Deborah Whitfield, ("Plaintiff") and requests pursuant to

O.C.G.A. § 9-11-36(a) that Defendant, Old Dominion Freight Line, Inc., ("Defendant")

admit the matters set forth below, same in writing, within thirty (30) days from the date of

service hereof.

### DEFINITIONS

1.   The word "person" means any natural person or individual, partnership,

proprietorship, governmental entity, agency, group, group of persons, corporation,

division, firm, association, organization, business, or other entity.

2.   As used herein, the word "Defendant" refers to, without limitation, Old Dominion

Freight Line, Inc. and all business entities with which s/he is or has been affiliated, together

with any employees, agents, principals, attorneys, officers, directors, servants, employees, consultants, predecessors, successors, parents, subsidiaries, representatives and any other persons or entities acting or purporting to act on his/her behalf or under his/her control.

3.  As used herein, the word "Plaintiff" refers to, without limitation, [plaintiff], with any predecessors, successors, parents, subsidiaries, agents, principals, attorneys, officers, directors, servants, employees, consultants, representatives and any other persons or entities acting or purporting to act on his/her behalf or under his/her control.

4.  With regard to the terms defined herein, all terms in the singular shall include the plural, and all terms used in the plural shall include the singular.

5.  The conjunction "and/or" shall be interpreted in every instance both conjunctively and disjunctively.

6.  "Complaint" refers to the Complaint filed by Plaintiff in this action.

**Defendant is required to admit that:**

1.

Admit that this Court has personal jurisdiction over the Defendant.

2.

Admit that this Court has subject-matter jurisdiction over the Defendant.

3.

Admit that venue is proper in this Court.

4.

Admit that Defendant has been properly served with the Summons and Complaint as required by law.

5.

Admit that the 2020 Freightliner Trailer that you were driving struck the Plaintiff's car, causing a left-side collision.

6.

Admit that you are at fault for the collision described in the Complaint.

This 11th day of March, 2022.

*/s/ Richard Parsons*
Richard Parsons
Georgia Bar No.: 882961
Shaun Moore
Georgia Bar No.: 780042
Attorneys for Plaintiff

Parsons Law, LLC
208 Pirkle Ferry Road
Suite B
Cumming, GA 30040
678-314-1553
rparsons@parsons-lawfirm.com
smoore@parsons-lawfirm.com

STATE COURT OF
DEKALB COUNTY, GA.
3/11/2022 1:26 PM
E-FILED
BY: Monica Gay

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **Deborah Whitfield,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | |
| | ) | NO.____22A00926_____ |
| **Stephen Eubank and** | ) | |
| **Old Dominion Freight Line, Inc.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **DEFENDANTS.** | ) | |

### Rule 5.2 Certificate of Service

The undersigned hereby certifies a true and correct copy of the within and foregoing "PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT OLD DOMINION FREIGHT LINE, INC." has been served on Defendant Old Dominion Freight Line, Inc. by personal service via USPS addressed as follows:

Old Dominion Freight Line, Inc.
c/o C T Corporation System
289 S Culver Street
Lawrenceville, GA 30046

This 11th day of March, 2022.

| | |
|---|---|
| Parsons Law, LLC | /s/ Richard Parsons |
| 208 Pirkle Ferry Road | Richard Parsons |
| Suite B | GA Bar No.: 882961 |
| Cumming, GA 30040 | Shaun Moore |
| 678-314-1553 | GA Bar No.: 780042 |
| smoore@parsons-lawfirm.com | ATTORNEYS FOR PLAINTIFF |
| rparsons@parsons-lawfirm.com | |

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **Deborah Whitfield,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | |
| | ) | **NO.** 22A00926 |
| **Stephen Eubank and** | ) | |
| **Old Dominion Freight Line, Inc.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **DEFENDANTS.** | ) | |

## PLAINTIFF'S FIRST CONTINUING INTERROGATORIES TO DEFENDANT OLD DOMINION FREIGHT LINE, INC.

**COMES NOW**, Plaintiff, Deborah Whitfield, ("Plaintiff") and serves this, Plaintiffs' First Continuing Interrogatories, upon Defendant, Old Dominion Freight Line, Inc., ("Defendant") as an opposite party. You are required to answer these interrogatories in the fashion and within the time provided by O.C.G.A. §§ 9-11-26 and 9-11-33, and to serve your responses upon Richard L. Parsons of Parsons Law, LLC, 208 Pirkle Ferry Road, Ste B, Cumming, GA 30040. These interrogatories shall be continuing in nature, and if further or additional information bearing upon any interrogatory or subpart thereof or any request comes to your knowledge at any time following service of your response, you shall supplement said responses in accordance with O.C.G.A. § 9-11-26(e).

1

## INSTRUCTIONS AND DEFINITIONS

As used in these Interrogatories:

1.   "Agency," "you," "your," or "yourself," means Old Dominion Freight Line, Inc., and any and all of his/her agents, representatives, employees, servants, consultants, contractors, subcontractors, investigators, attorneys, and any other persons or entities acting or purporting to act on his/her behalf or on behalf of the agency.

2.   "Complaint" refers to the Complaint filed by Plaintiff in this action.

3.   "Defendant" refers to, without limitation, Old Dominion Freight Line, Inc. and all business entities with which s/he is or has been affiliated, together with any employees, agents, principals, attorneys, officers, directors, servants, employees, consultants, predecessors, successors, parents, subsidiaries, representatives and any other persons or entities acting or purporting to act on his/her behalf or under his/her control.

4.   To "Describe" means to state what is requested to be described, including all facts and opinions known and held regarding what is requested to be described, and

2

(a) The identity of each person or entity involved or having any knowledge of each fact or opinion relating to what is described,

(b) The identity of each document evidencing the answer given or relating, referring or pertaining in any way to what is disclosed in the answer, and

(c) All relevant or material dates or time periods.

5. "Document" is used in its broadest sense and shall mean, in addition to its common meaning, every writing or record of every type and description, the original and all copies of any writing, document or other tangible thing of every type and description, whether written, printed, typewritten, handwritten or mechanically produced or otherwise recorded, of whatever character and however produced or reproduced, whether an original, master, duplicate or copy, including, without limitation, the following items: correspondence; communications; memoranda; notes (whether stenographic, handwritten, or otherwise recorded); e-mail; newsletters; calendars; diaries and diary entries; appointment books; contracts; agreements; proposals; studies; summaries; reports; minutes; manuals; catalogs; publications; books; pamphlets; investment literature; prospectuses or subscription documents; photographs; films; microfilms; sound, tape or voice recordings; tapes; video recordings; transcriptions of conversations, interviews, meetings or conferences; pictures;

3

drawings; plans; charts; maps; surveys; labels (including file labels); telecopies; photo or carbon copies; magnetic recordings (including computer data); computer generated or stored information; depositions; answers to interrogatories; pleadings; judgments; statistical or data compilations; tax returns; financial statements; accounting or other financial papers or bank records; invoices; receipts; checks; check stubs; confirmation slips; order tickets; purchase orders; accounts; deposit slips; ledgers; time-keeping records and expense account records.

6. "Identify" means:

    (a)  in the case of a communication, its date, type (e.g., telephone conversation or discussion), the place where it occurred, the identity of the person who made the communication, the identity of the person who received the communication, the identity of each other person when it was made, and the subject matter discussed;

    (b)  in the case of real property, its physical address, neighborhood name, lot number, deed book listing, and dates owned;

    (c)  in the case of a natural person, to state that person's full name, title, or affiliation, and last known address and telephone number. To "Identify" a person that is a business, organization, or group of persons means to

4

state the full name of such business, organization, or group of persons, any DBA names of such business, organization, or group of persons, the form of business, organization, or group of persons (e.g., government agency, corporation, partnership, joint venture, etc.) and to "identify" the natural person who would have knowledge of the information sought by the interrogatory.

(d)  in the case of a document, to provide the following information irrespective of whether the document is deemed privileged or subject to any claim of privilege:

    i.  the title or other means of identification of each such document;

    ii.  the type of document (e.g., letter, memorandum, record);

    iii.  the date of each such document;

    iv.  the author of each such document;

    v.  the recipient or recipients of each such document, including but not limited to Defendant or anyone who purports to represent the Defendant;

    vi.  the present location of any and all copies of each such document in the care, custody, or control of Defendant;

5

vii.    the names and current addresses of any and all persons who have custody or control of each such document or copies thereof; and

viii.   if all copies of the document have been destroyed, the names and current addresses of the person or persons authorizing the destruction of the document and the date the document was destroyed.

In lieu of "Identifying" any document, it shall be deemed a sufficient compliance with these Interrogatories to attach a copy of each such document to the answers hereto and reference said document to the particular interrogatory to which the document is responsive.

7.   "Person" means any natural person or individual, partnership, proprietorship, governmental entity, agency, group, group of persons, corporation, division, firm, association, organization, business, or other entity.

8.   "Plaintiff" refers to, without limitation, Deborah Whitfield and all of his/her business entities with which s/he is or has been affiliated, together with any predecessors, successors, parents, subsidiaries, agents, principals, attorneys, officers, directors, servants, employees, consultants, representatives and any other persons or entities acting or purporting to act on his/her behalf or under his/her control.

6

9.    The phrases "<u>relating to</u>" and "<u>relate to</u>" shall be construed in their broadest sense and shall mean describing, setting forth, discussing, mentioning, commenting upon, supporting, contradicting, or referring to the subject or topic in question, whether in whole or in part.

10.    "You" or "your" means Defendant, Old Dominion Freight Line, Inc., agents, representatives, attorneys, experts, investigators, insurers, administrators, and any others who are in a position for or may have obtained information for or on Defendant's behalf.

11.    With regard to the terms defined herein, all terms in the singular shall include the plural, and all terms used in the plural shall include the singular.

12.    Defendant is required to answer each Interrogatory separately and fully in writing under oath, unless it is objected to, in which event the reason for the objection must be stated instead of the answer.

13.    These Interrogatories shall be deemed continuing in order to require supplemental answers so that Defendant's answers remain accurate and complete. Defendant is requested to:

    (a)    Seasonably supplement any response directed to the identity and location of persons having knowledge of discoverable matters, as well

as the identity of each person expected to be called as an expert witness .at trial, the subject matter of which s/he is expected to testify and the substance of his/her testimony; and

(b)  Amend any prior response if Defendant subsequently learns that the original response was incorrect or if Defendant learns that although correctly made, the original response is no longer true and the circumstances are such that a failure to amend the response is, in substance, a knowing concealment.

14.  Defendant may limit his/her responses to those specific alleged acts, omissions, occurrences, circumstances, practices or procedures on which s/he relies in this action and with respect to which it will or may introduce evidence at trial or any hearing of this action. If an entire question cannot be answered because the complete answer is not known, please so state and answer the part known.

8

## **Interrogatories**

1.

State the name and address of any person, including any party, who, to your knowledge, information or belief:

(a)    Was an eyewitness to the incident complained of in this action;

(b)    Has some knowledge of any fact or circumstance upon which your defense is based;

(c)    Has conducted any investigation relating to the incident complained of or the background, employment, medical history or activities of the plaintiff.

2.

To your knowledge, information or belief, has any person identified in answering the preceding interrogatory given any statement or report in connection with this action? If so, describe such statement or report and give the name and address of the person having custody and control thereof.

3.

Please state the current address and employer, date of birth, Social Security number and driver's license number of Defendant.

4.

To your knowledge, information or belief, are there any videotapes, photographs, plans or drawings of the scene of the incident referred to in the Complaint, the vehicles or the Plaintiff? If so, please describe such videotapes, photographs, plans or drawings and identify the person having custody and control thereof.

9

5.

Has any entity issued a policy of liability insurance to the Defendant? If so, state the names of all insurers providing liability insurance and give the limits of coverage of each such policy.

6.

Has any insurer referred to above denied coverage or reserved its right to later deny coverage under any such policy of liability insurance? If so, please explain.

7.

Do you contend that the Plaintiff caused or contributed to the incident in question? If so, state with particularity each and every contention made in this regard.

8.

If you intend to call any expert or technician as a witness at the trial of this action, state the subject matter on which s/he is expected to testify and state in detail the opinions held by each such expert or technician and give a complete summary of the grounds for each opinion held.

9.

In regard to any document that has not been produced on grounds of privilege, please state the following:

(a)     The date each document was generated;

(b)     The person generating each document;

(c)     The present custodian of each document;

(d)     A description of each document.

10

10.

Was the Defendant on the business of any individual or entity at the time of the accident? If so, please identify any such individual or entity including name, address and telephone number.

11.

State the point of origin, destination and reason for the trip being made by the defendant at the time of the incident referred to in the complaint.

12.

Please identify all automobile accidents and moving violations for the Defendant prior to and subsequent to the incident referred to in the Complaint, including the date of the event, the location, the jurisdiction and a description of the event.

13.

Please identify the cellphone number and service provider for all cellphones owned, used or operated by the Defendant on the date of the incident.

14.

If the Defendant has ever been convicted of any crime, please identify the date of the offense, the jurisdiction and a description of the offense.

15.

Please state in detail the factual basis for each defense you have raised in your answer to the complaint.

[Signature Page to Follow]

11

This 11th day of March, 2022.


                                        */s/ Richard Parsons*
                                        Richard Parsons
                                        Georgia Bar No.: 882961
                                        Shaun Moore
                                        Georgia Bar No.: 780042
                                        Attorneys for Plaintiff

Parsons Law, LLC
208 Pirkle Ferry Road
Suite B                                        STATE COURT OF
Cumming, GA 30040                              DEKALB COUNTY, GA.
678-314-1553                                   3/11/2022 1:26 PM
rparsons@parsons-lawfirm.com                   E-FILED
smoore@parsons-lawfirm.com                     BY: Monica Gay

12

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| Deborah Whitfield, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CIVIL ACTION FILE** |
| v. | ) |
| | ) **NO.**_____ |
| Stephen Eubank and, | ) |
| Old Dominion Freight Line, Inc., | ) |
| | ) |
| Defendants. | ) |

### Rule 5.2 Certificate of Service

The undersigned hereby certifies a true and correct copy of the within and foregoing "PLAINTIFF'S FIRST CONTINUING INTERROGATORIES TO DEFENDANT OLD DOMINION FREIGHT LINE, INC." has been served on Defendant Old Dominion Freight Line, Inc. by personal service via USPS addressed as follows:

Old Dominion Freight Line, Inc.
c/o C T Corporation System
289 S Culver Street
Lawrenceville, GA 30046

This 11th day of March, 2022.

| | |
|---|---|
| Parsons Law, LLC | /s/ Richard Parsons |
| 208 Pirkle Ferry Road | Richard Parsons |
| Suite B | GA Bar No.: 882961 |
| Cumming, GA 30040 | Shaun Moore |
| 678-314-1553 | GA Bar No.: 780042 |
| smoore@parsons-lawfirm.com | ATTORNEYS FOR PLAINTIFF |
| rparsons@parsons-lawfirm.com | |

13

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **Deborah Whitfield,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | 22A00926 |
| | ) | **NO.**_____ |
| **Stephen Eubank and** | ) | |
| **Old Dominion Freight Line, Inc.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **DEFENDANTS.** | ) | |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT OLD DOMINION FREIGHT LINE, INC.

**COMES NOW**, Plaintiff, Deborah Whitfield, ("Plaintiff") and serves this,

Plaintiff's First Request for Production of Documents, upon Old Dominion Freight

Line, Inc., ("Defendant") as an opposite party.  You are required to answer this

request in the fashion and within the time provided by O.C.G.A. §§ 9-11-26 and 9-

11-33, and to serve your responses upon Richard L. Parsons of Parsons Law, LLC

208 Pirkle Ferry Road, STE B, Cumming, GA 30040.

## DEFINITIONS

As used in this Request for Production of Documents and Things:

1. "Agency," "you," "your," or "yourself," means Old Dominion Freight Line,

    Inc., and any and all of his/her agents, representatives, employees, servants,

1

consultants, contractors, subcontractors, investigators, attorneys, and any other persons or entities acting or purporting to act on behalf of the agency.

2. "All" shall be deemed to include and encompass the words "each," "every," and "any."

3. "Any" means one or more.

4. "Complaint" refers to the Complaint filed by Plaintiff in this action.

5. "Defendant" refers to, without limitation, Old Dominion Freight Line, Inc., and all business entities with which s/he is or has been affiliated, together with any employees, agents, principals, attorneys, officers, directors, servants, employees, consultants, predecessors, successors, parents, subsidiaries, representatives and any other persons or entities acting or purporting to act on his/her behalf or under his/her control.

6. "Document" is used in its broadest sense and shall mean, in addition to its common meaning, every writing or record of every type and description, the original and all copies of any writing, document or other tangible thing of every type and description, whether written, printed, typewritten, handwritten or mechanically produced or otherwise recorded, of whatever character and however produced or reproduced, whether an original, master, duplicate or copy, including, without limitation, the following items: correspondence; communications; memoranda; notes (whether stenographic, handwritten, or

2

otherwise recorded); e-mail; newsletters; calendars; diaries and diary entries; appointment books; contracts; agreements; proposals; studies; summaries; reports; minutes; manuals; catalogs; publications; books; pamphlets; investment literature; prospectuses or subscription documents; photographs; films; microfilms; sound, tape or voice recordings; tapes; video recordings; transcriptions of conversations, interviews, meetings or conferences; pictures; drawings; plans; charts; maps; surveys; labels (including file labels); telecopies; photo or carbon copies; magnetic recordings (including computer data); computer generated or stored information; depositions; answers to interrogatories; pleadings; judgments; statistical or data compilations; tax returns; financial statements; accounting or other financial papers or bank records; invoices; receipts; checks; check stubs; confirmation slips; order tickets; purchase orders; accounts; deposit slips; ledgers; time-keeping records and expense account records.

7. "Identify" means:

    a. in the case of a communication, its date, type (e.g., telephone conversation or discussion), the place where it occurred, the identity of the person who made the communication, the identity of the person who received the communication, the identity of each other person when it was made, and the subject matter discussed;

b.  in the case of real property, its physical address, neighborhood name, lot number, deed book listing, and dates owned;

c.  in the case of a natural person, to state that person's full name, title, or affiliation, and last known address and telephone number. To "identify" a person that is a business, organization, or group of persons means to state the full name of such business, organization, or group of persons, any DBA names of such business, organization, or group of persons, the form of business, organization, or group of persons (e.g., government agency, corporation, partnership, joint venture, etc.) and to "identify" the natural person who would have knowledge of the information sought by the interrogatory.

d.  in the case of a document, to provide the following information irrespective of whether the document is deemed privileged or subject to any claim of privilege:

   i.   the title or other means of identification of each such document;

   ii.  the type of document (e.g., letter, memorandum, record);

   iii. the date of each such document;

   iv.  the author of each such document;

     v.  the recipient or recipients of each such document, including but not limited to Defendant or anyone who purports to represent the Defendant;

     vi.  the present location of any and all copies of each such document in the care, custody, or control of Defendant;

     vii.  the names and current addresses of any and all persons who have custody or control of each such document or copies thereof; and

     viii.  if all copies of the document have been destroyed, the names and current addresses of the person or persons authorizing the destruction of the document and the date the document was destroyed.

8. "Plaintiff" refers to, without limitation, Deborah Whitfield and all of his/her business entities with which you are or have been affiliated, together with any predecessors, successors, parents, subsidiaries, agents, principals, attorneys, officers, directors, servants, employees, consultants, representatives and any other persons or entities acting or purporting to act on his/her behalf or under his/her control.

9. The phrases "relating to" and "relate to" shall be construed in their broadest sense and shall mean describing, setting forth, discussing, mentioning,

commenting upon, supporting, contradicting, or referring to the subject or topic in question, whether in whole or in part.

10. With regard to the terms defined herein, all terms in the singular shall include the plural, and all terms used in the plural shall include the singular.

11. The conjunction "and/or" shall be interpreted in every instance both conjunctively and disjunctively.

## **INSTRUCTIONS**

1) If any document is withheld under any claim of privilege, each and every document for which a privilege is claimed shall be identified. If any document so identified was, but is no longer, in your possession, custody or control, state what disposition was made of it, when, why, by whom, and if applicable, identify to whom it was transmitted and identify the last known person having possession of it and its last known location.

2) This request for production of documents shall be continuing as required by O.C.G.A. § 9-11-26(e).

3) All documents produced pursuant to this request shall be produced in separate groups of documents responsive to each separate request.

## **Produce the Following:**

1.

All such videotapes, photographs, reports, data, memoranda, handwritten notes, plans or drawings related to the incident described in the Complaint which have been review by or generated by an individual identified in your response to interrogatory No. 1.

2.

The policy of insurance identified in response to Interrogatory No. 5.

3.

Any documents obtained through a request for production of documents or subpoena which is related to the Complaint.

4.

Any medical records, videotapes, photographs, or other evidence concerning, referencing or depicting Plaintiff.

5.

A copy of the defendant's driver's license.

6.

Copies of cellphone records showing incoming and outgoing calls, texts and messages for the date of the incident.

7.

Copies of ECM (electronic control modules) and other recording devices, satellite tracking systems, GPS data for the date of the incident.

8.

Copy of your State and Federal Income Tax Returns for the immediate past four (4) years.

This 11th day of March, 2022.

[Signature Page To Follow]

7

*/s/ Richard Parsons*
Richard Parsons
Georgia Bar No.: 882961
Shaun Moore
Georgia Bar No.: 780042
Attorneys for Plaintiff

Parsons Law, LLC
208 Pirkle Ferry Road
Suite B
Cumming, GA 30040
678-314-1553
rparsons@parsons-lawfirm.com
smoore@parsons-lawfirm.com

STATE COURT OF
DEKALB COUNTY, GA.
3/11/2022 1:26 PM
E-FILED
BY: Monica Gay

**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| Deborah Whitfield, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION FILE** |
| v. | ) | |
| | ) | NO._____ |
| Stephen Eubank and, | ) | |
| Old Dominion Freight Line, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## Rule 5.2 Certificate of Service

The undersigned hereby certifies a true and correct copy of the within and foregoing "PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT OLD DOMINION FREIGHT LINE, INC." has been served on Defendant Old Dominion Freight Line, Inc. by personal service via USPS addressed as follows:

Old Dominion Freight Line, Inc.
c/o C T Corporation System
289 S Culver Street
Lawrenceville, GA 30046

This 11th day of March, 2022.

| | |
|---|---|
| Parsons Law, LLC | /s/ Richard Parsons |
| 208 Pirkle Ferry Road | Richard Parsons |
| Suite B | GA Bar No.: 882961 |
| Cumming, GA 30040 | Shaun Moore |
| 678-314-1553 | GA Bar No.: 780042 |
| smoore@parsons-lawfirm.com | ATTORNEYS FOR PLAINTIFF |
| rparsons@parsons-lawfirm.com | |

9

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **Deborah Whitfield,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | 22A00926 |
| | ) | **NO.**_____ |
| **Stephen Eubank and** | ) | |
| **Old Dominion Freight Line, Inc.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **DEFENDANTS.** | ) | |

### PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS
### TO DEFENDANT STEPHEN EUBANK

**COMES NOW,** Plaintiff, Deborah Whitfield, ("Plaintiff") and requests pursuant to

O.C.G.A. § 9-11-36(a) that Defendant, Stephen Eubank, ("Defendant") admit the matters

set forth below, same in writing, within thirty (30) days from the date of service hereof.

### DEFINITIONS

1.   The word "person" means any natural person or individual, partnership,

proprietorship, governmental entity, agency, group, group of persons, corporation,

division, firm, association, organization, business, or other entity.

2.   As used herein, the word "Defendant" refers to, without limitation, Stephen

Eubank and all business entities with which s/he is or has been affiliated, together with any

employees, agents, principals, attorneys, officers, directors, servants, employees,

consultants, predecessors, successors, parents, subsidiaries, representatives and any other persons or entities acting or purporting to act on his/her behalf or under his/her control.

3.  As used herein, the word "Plaintiff" refers to, without limitation, [plaintiff], with any predecessors, successors, parents, subsidiaries, agents, principals, attorneys, officers, directors, servants, employees, consultants, representatives and any other persons or entities acting or purporting to act on his/her behalf or under his/her control.

4.  With regard to the terms defined herein, all terms in the singular shall include the plural, and all terms used in the plural shall include the singular.

5.  The conjunction "and/or" shall be interpreted in every instance both conjunctively and disjunctively.

6. "Complaint" refers to the Complaint filed by Plaintiff in this action.

## Defendant is required to admit that:

1.

Admit that this Court has personal jurisdiction over the Defendant.

2.

Admit that this Court has subject-matter jurisdiction over the Defendant.

3.

Admit that venue is proper in this Court.

4.

Admit that Defendant has been properly served with the Summons and Complaint as required by law.

5.

Admit that the 2020 Freightliner Trailer that you were driving struck the Plaintiff's car, causing a left-side collision.

6.

Admit that you are at fault for the collision described in the Complaint.

This 11th day of March, 2022.

*/s/ Richard Parsons*
Richard Parsons
Georgia Bar No.: 882961
Shaun Moore
Georgia Bar No.: 780042
Attorneys for Plaintiff

Parsons Law, LLC
208 Pirkle Ferry Road
Suite B
Cumming, GA 30040
678-314-1553
rparsons@parsons-lawfirm.com
smoore@parsons-lawfirm.com

STATE COURT OF
DEKALB COUNTY, GA.
3/11/2022 1:26 PM
E-FILED
BY: Monica Gay

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| Deborah Whitfield, | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| v. | ) | |
| | ) | NO._____ |
| Stephen Eubank and | ) | |
| Old Dominion Freight Line, Inc., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **DEFENDANTS.** | ) | |

### Rule 5.2 Certificate of Service

The undersigned hereby certifies a true and correct copy of the within and foregoing "PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT STEPHEN EUBANK" has been served on Defendant Stephen Eubank by personal service via USPS addressed as follows:

Stephen Eubank
3667 Nashville Highway
Lewisburg, TN 37091

This 11th day of March, 2022.

/s/ Richard Parsons
Richard Parsons
Georgia Bar No.: 882961
Shaun Moore
Georgia Bar No.: 780042
Attorneys for Plaintiff

Parsons Law, LLC
208 Pirkle Ferry Road
Suite B
Cumming, GA 30040
678-314-1553
rparsons@parsons-lawfirm.com
smoore@parsons-lawfirm.com

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **Deborah Whitfield,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | |
| | ) | **NO.**_____ 22A00926 |
| **Stephen Eubank and** | ) | |
| **Old Dominion Freight Line, Inc.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **DEFENDANTS.** | ) | |

## PLAINTIFF'S FIRST CONTINUING INTERROGATORIES TO
## DEFENDANT STEPHEN EUBANK

**COMES NOW**, Plaintiff, Deborah Whitfield, ("Plaintiff") and serves this,

Plaintiffs' First Continuing Interrogatories, upon Defendant, Stephen Eubank,

("Defendant") as an opposite party.  You are required to answer these interrogatories

in the fashion and within the time provided by O.C.G.A. §§ 9-11-26 and 9-11-33,

and to serve your responses upon Richard L. Parsons of Parsons Law, LLC, 208

Pirkle Ferry Road, Ste B, Cumming, GA 30040.  These interrogatories shall be

continuing in nature, and if further or additional information bearing upon any

interrogatory or subpart thereof or any request comes to your knowledge at any time

following service of your response, you shall supplement said responses in

accordance with O.C.G.A. § 9-11-26(e).

1

STATE COURT OF
DEKALB COUNTY, GA.
3/11/2022 1:26 PM
E-FILED
BY: Monica Gay

## INSTRUCTIONS AND DEFINITIONS

As used in these Interrogatories:

1.      "Agency," "you," "your," or "yourself," means Stephen Eubank, and any and all of his/her agents, representatives, employees, servants, consultants, contractors, subcontractors, investigators, attorneys, and any other persons or entities acting or purporting to act on his/her behalf or on behalf of the agency.

2.      "Complaint" refers to the Complaint filed by Plaintiff in this action.

3.       "Defendant" refers to, without limitation, Stephen Eubank and all business entities with which s/he is or has been affiliated, together with any employees, agents, principals, attorneys, officers, directors, servants, employees, consultants, predecessors, successors, parents, subsidiaries, representatives and any other persons or entities acting or purporting to act on his/her behalf or under his/her control.

4.      To "Describe" means to state what is requested to be described, including all facts and opinions known and held regarding what is requested to be described, and

2

(a)   The identity of each person or entity involved or having any knowledge of each fact or opinion relating to what is described,

(b)   The identity of each document evidencing the answer given or relating, referring or pertaining in any way to what is disclosed in the answer, and

(c)    All relevant or material dates or time periods.

5.   "Document" is used in its broadest sense and shall mean, in addition to its common meaning, every writing or record of every type and description, the original and all copies of any writing, document or other tangible thing of every type and description, whether written, printed, typewritten, handwritten or mechanically produced or otherwise recorded, of whatever character and however produced or reproduced, whether an original, master, duplicate or copy, including, without limitation, the following items: correspondence; communications; memoranda; notes (whether stenographic, handwritten, or otherwise recorded); e-mail; newsletters; calendars; diaries and diary entries; appointment books; contracts; agreements; proposals; studies; summaries; reports; minutes; manuals; catalogs; publications; books; pamphlets; investment literature; prospectuses or subscription documents; photographs; films; microfilms; sound, tape or voice recordings; tapes; video recordings; transcriptions of conversations, interviews, meetings or conferences; pictures;

3

drawings; plans; charts; maps; surveys; labels (including file labels); telecopies; photo or carbon copies; magnetic recordings (including computer data); computer generated or stored information; depositions; answers to interrogatories; pleadings; judgments; statistical or data compilations; tax returns; financial statements; accounting or other financial papers or bank records; invoices; receipts; checks; check stubs; confirmation slips; order tickets; purchase orders; accounts; deposit slips; ledgers; time-keeping records and expense account records.

6.    "Identify" means:

(a)   in the case of a communication, its date, type (e.g., telephone conversation or discussion), the place where it occurred, the identity of the person who made the communication, the identity of the person who received the communication, the identity of each other person when it was made, and the subject matter discussed;

(b)   in the case of real property, its physical address, neighborhood name, lot number, deed book listing, and dates owned;

(c)   in the case of a natural person, to state that person's full name, title, or affiliation, and last known address and telephone number. To "Identify" a person that is a business, organization, or group of persons means to

4

state the full name of such business, organization, or group of persons, any DBA names of such business, organization, or group of persons, the form of business, organization, or group of persons (e.g., government agency, corporation, partnership, joint venture, etc.) and to "identify" the natural person who would have knowledge of the information sought by the interrogatory.

(d) in the case of a document, to provide the following information irrespective of whether the document is deemed privileged or subject to any claim of privilege:

    i.    the title or other means of identification of each such document;

    ii.    the type of document (e.g., letter, memorandum, record);

    iii.    the date of each such document;

    iv.    the author of each such document;

    v.    the recipient or recipients of each such document, including but not limited to Defendant or anyone who purports to represent the Defendant;

    vi.    the present location of any and all copies of each such document in the care, custody, or control of Defendant;

vii.    the names and current addresses of any and all persons who have custody or control of each such document or copies thereof; and

viii.   if all copies of the document have been destroyed, the names and current addresses of the person or persons authorizing the destruction of the document and the date the document was destroyed.

In lieu of "Identifying" any document, it shall be deemed a sufficient compliance with these Interrogatories to attach a copy of each such document to the answers hereto and reference said document to the particular interrogatory to which the document is responsive.

7.    "Person" means any natural person or individual, partnership, proprietorship, governmental entity, agency, group, group of persons, corporation, division, firm, association, organization, business, or other entity.

8.    "Plaintiff" refers to, without limitation, Deborah Whitfield and all of his/her business entities with which s/he is or has been affiliated, together with any predecessors, successors, parents, subsidiaries, agents, principals, attorneys, officers, directors, servants, employees, consultants, representatives and any other persons or entities acting or purporting to act on his/her behalf or under his/her control.

6

9.     The phrases "<u>relating to</u>" and "<u>relate to</u>" shall be construed in their broadest sense and shall mean describing, setting forth, discussing, mentioning, commenting upon, supporting, contradicting, or referring to the subject or topic in question, whether in whole or in part.

10.    "You" or "your" means Defendant, Stephen Eubank, agents, representatives, attorneys, experts, investigators, insurers, administrators, and any others who are in a position for or may have obtained information for or on Defendant's behalf.

11.    With regard to the terms defined herein, all terms in the singular shall include the plural, and all terms used in the plural shall include the singular.

12.    Defendant is required to answer each Interrogatory separately and fully in writing under oath, unless it is objected to, in which event the reason for the objection must be stated instead of the answer.

13.    These Interrogatories shall be deemed continuing in order to require supplemental answers so that Defendant's answers remain accurate and complete. Defendant is requested to:

   (a)   Seasonably supplement any response directed to the identity and location of persons having knowledge of discoverable matters, as well

7

as the identity of each person expected to be called as an expert witness at trial, the subject matter of which s/he is expected to testify and the substance of his/her testimony; and

(b) Amend any prior response if Defendant subsequently learns that the original response was incorrect or if Defendant learns that although correctly made, the original response is no longer true and the circumstances are such that a failure to amend the response is, in substance, a knowing concealment.

14. Defendant may limit his/her responses to those specific alleged acts, omissions, occurrences, circumstances, practices or procedures on which s/he relies in this action and with respect to which it will or may introduce evidence at trial or any hearing of this action. If an entire question cannot be answered because the complete answer is not known, please so state and answer the part known.

8

## Interrogatories

1.

State the name and address of any person, including any party, who, to your knowledge, information or belief:

(a)     Was an eyewitness to the incident complained of in this action;

(b)     Has some knowledge of any fact or circumstance upon which your defense is based;

(c)     Has conducted any investigation relating to the incident complained of or the background, employment, medical history or activities of the plaintiff.

2.

To your knowledge, information or belief, has any person identified in answering the preceding interrogatory given any statement or report in connection with this action?  If so, describe such statement or report and give the name and address of the person having custody and control thereof.

3.

 Please state the current address and employer, date of birth, Social Security number and driver's license number of Defendant.

4.

To your knowledge, information or belief, are there any videotapes, photographs, plans or drawings of the scene of the incident referred to in the Complaint, the vehicles or the Plaintiff?  If so, please describe such videotapes, photographs, plans or drawings and identify the person having custody and control thereof.

9

5.

Has any entity issued a policy of liability insurance to the Defendant?  If so, state the names of all insurers providing liability insurance and give the limits of coverage of each such policy.

6.

Has any insurer referred to above denied coverage or reserved its right to later deny coverage under any such policy of liability insurance?  If so, please explain.

7.

Do you contend that the Plaintiff caused or contributed to the incident in question?  If so, state with particularity each and every contention made in this regard.

8.

If you intend to call any expert or technician as a witness at the trial of this action, state the subject matter on which s/he is expected to testify and state in detail the opinions held by each such expert or technician and give a complete summary of the grounds for each opinion held.

9.

In regard to any document that has not been produced on grounds of privilege, please state the following:

(a)    The date each document was generated;

(b)    The person generating each document;

(c)    The present custodian of each document;

(d)    A description of each document.

10.

Was the Defendant on the business of any individual or entity at the time of the accident? If so, please identify any such individual or entity including name, address and telephone number.

11.

State the point of origin, destination and reason for the trip being made by the defendant at the time of the incident referred to in the complaint.

12.

Please identify all automobile accidents and moving violations for the Defendant prior to and subsequent to the incident referred to in the Complaint, including the date of the event, the location, the jurisdiction and a description of the event.

13.

Please identify the cellphone number and service provider for all cellphones owned, used or operated by the Defendant on the date of the incident.

14.

If the Defendant has ever been convicted of any crime, please identify the date of the offense, the jurisdiction and a description of the offense.

15.

Please state in detail the factual basis for each defense you have raised in your answer to the complaint.

[Signature Page to Follow]

11

This 11th day of March, 2022.

_/s/ Richard Parsons_
Richard Parsons
Georgia Bar No.: 882961
Shaun Moore
Georgia Bar No.: 780042
Attorneys for Plaintiff

Parsons Law, LLC
208 Pirkle Ferry Road
Suite B
Cumming, GA 30040
678-314-1553
rparsons@parsons-lawfirm.com
smoore@parsons-lawfirm.com

STATE COURT OF
DEKALB COUNTY, GA.
3/11/2022 1:26 PM
E-FILED
BY: Monica Gay

12

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

Deborah Whitfield,                        )
                                          )
    Plaintiff,              )
                                          )    **CIVIL ACTION FILE**
v.                                        )      22A00926
                                          )    NO._____
Stephen Eubank and,                       )
Old Dominion Freight Line, Inc.,          )
                                          )
    Defendants.             )

### Rule 5.2 Certificate of Service

The undersigned hereby certifies a true and correct copy of the within and foregoing "PLAINTIFF'S FIRST CONTINUING INTERROGATORIES TO DEFENDANT STEPHEN EUBANK" has been served on Defendant Stephen Eubank by personal service via USPS addressed as follows:

Stephen Eubank
3667 Nashville Highway
Lewisburg, TN 37091

This 11th day of March, 2022.


Parsons Law, LLC                         /s/ Richard Parsons
208 Pirkle Ferry Road                    Richard Parsons
Suite B                                  GA Bar No.: 882961
Cumming, GA 30040                        Shaun Moore
678-314-1553                             GA Bar No.: 780042
smoore@parsons-lawfirm.com               ATTORNEYS FOR PLAINTIFF
rparsons@parsons-lawfirm.com

13

14

15

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **Deborah Whitfield,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | |
| | ) | NO. 22A00926 |
| **Stephen Eubank and** | ) | |
| **Old Dominion Freight Line, Inc.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **DEFENDANTS.** | ) | |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT STEPHEN EUBANK

**COMES NOW**, Plaintiff, Deborah Whitfield, ("Plaintiff") and serves this, Plaintiff's First Request for Production of Documents, upon Stephen Eubank, ("Defendant") as an opposite party. You are required to answer this request in the fashion and within the time provided by O.C.G.A. §§ 9-11-26 and 9-11-33, and to serve your responses upon Richard L. Parsons of Parsons Law, LLC 208 Pirkle Ferry Road, STE B, Cumming, GA 30040.

## DEFINITIONS

As used in this Request for Production of Documents and Things:

1. "Agency," "you," "your," or "yourself," means Stephen Eubank, and any and all of his/her agents, representatives, employees, servants, consultants,

1

contractors, subcontractors, investigators, attorneys, and any other persons or entities acting or purporting to act on behalf of the agency.

2. "All" shall be deemed to include and encompass the words "each," "every," and "any."

3. "Any" means one or more.

4. "Complaint" refers to the Complaint filed by Plaintiff in this action.

5. "Defendant" refers to, without limitation, Stephen Eubank, and all business entities with which s/he is or has been affiliated, together with any employees, agents, principals, attorneys, officers, directors, servants, employees, consultants, predecessors, successors, parents, subsidiaries, representatives and any other persons or entities acting or purporting to act on his/her behalf or under his/her control.

6. "Document" is used in its broadest sense and shall mean, in addition to its common meaning, every writing or record of every type and description, the original and all copies of any writing, document or other tangible thing of every type and description, whether written, printed, typewritten, handwritten or mechanically produced or otherwise recorded, of whatever character and however produced or reproduced, whether an original, master, duplicate or copy, including, without limitation, the following items: correspondence; communications; memoranda; notes (whether stenographic, handwritten, or

2

otherwise recorded); e-mail; newsletters; calendars; diaries and diary entries; appointment books; contracts; agreements; proposals; studies; summaries; reports; minutes; manuals; catalogs; publications; books; pamphlets; investment literature; prospectuses or subscription documents; photographs; films; microfilms; sound, tape or voice recordings; tapes; video recordings; transcriptions of conversations, interviews, meetings or conferences; pictures; drawings; plans; charts; maps; surveys; labels (including file labels); telecopies; photo or carbon copies; magnetic recordings (including computer data); computer generated or stored information; depositions; answers to interrogatories; pleadings; judgments; statistical or data compilations; tax returns; financial statements; accounting or other financial papers or bank records; invoices; receipts; checks; check stubs; confirmation slips; order tickets; purchase orders; accounts; deposit slips; ledgers; time-keeping records and expense account records.

7. "Identify" means:

    a. in the case of a communication, its date, type (e.g., telephone conversation or discussion), the place where it occurred, the identity of the person who made the communication, the identity of the person who received the communication, the identity of each other person when it was made, and the subject matter discussed;

b.  in the case of real property, its physical address, neighborhood name, lot number, deed book listing, and dates owned;

c.  in the case of a natural person, to state that person's full name, title, or affiliation, and last known address and telephone number. To "identify" a person that is a business, organization, or group of persons means to state the full name of such business, organization, or group of persons, any DBA names of such business, organization, or group of persons, the form of business, organization, or group of persons (e.g., government agency, corporation, partnership, joint venture, etc.) and to "identify" the natural person who would have knowledge of the information sought by the interrogatory.

d.  in the case of a document, to provide the following information irrespective of whether the document is deemed privileged or subject to any claim of privilege:

   i.  the title or other means of identification of each such document;

   ii.  the type of document (e.g., letter, memorandum, record);

   iii.  the date of each such document;

   iv.  the author of each such document;

4

v.   the recipient or recipients of each such document, including but not limited to Defendant or anyone who purports to represent the Defendant;

vi.   the present location of any and all copies of each such document in the care, custody, or control of Defendant;

vii.   the names and current addresses of any and all persons who have custody or control of each such document or copies thereof; and

viii.   if all copies of the document have been destroyed, the names and current addresses of the person or persons authorizing the destruction of the document and the date the document was destroyed.

8. "Plaintiff" refers to, without limitation, Deborah Whitfield and all of his/her business entities with which you are or have been affiliated, together with any predecessors, successors, parents, subsidiaries, agents, principals, attorneys, officers, directors, servants, employees, consultants, representatives and any other persons or entities acting or purporting to act on his/her behalf or under his/her control.

9. The phrases "relating to" and "relate to" shall be construed in their broadest sense and shall mean describing, setting forth, discussing, mentioning,

commenting upon, supporting, contradicting, or referring to the subject or topic in question, whether in whole or in part.

10. With regard to the terms defined herein, all terms in the singular shall include the plural, and all terms used in the plural shall include the singular.

11. The conjunction "and/or" shall be interpreted in every instance both conjunctively and disjunctively.

## INSTRUCTIONS

1) If any document is withheld under any claim of privilege, each and every document for which a privilege is claimed shall be identified. If any document so identified was, but is no longer, in your possession, custody or control, state what disposition was made of it, when, why, by whom, and if applicable, identify to whom it was transmitted and identify the last known person having possession of it and its last known location.

2) This request for production of documents shall be continuing as required by O.C.G.A. § 9-11-26(e).

3) All documents produced pursuant to this request shall be produced in separate groups of documents responsive to each separate request.

## **Produce the Following:**

1.

All such videotapes, photographs, reports, data, memoranda, handwritten notes, plans or drawings related to the incident described in the Complaint which have been review by or generated by an individual identified in your response to interrogatory No. 1.

2.

The policy of insurance identified in response to Interrogatory No. 5.

3.

Any documents obtained through a request for production of documents or subpoena which is related to the Complaint.

4.

Any medical records, videotapes, photographs, or other evidence concerning, referencing or depicting Plaintiff.

5.

A copy of the defendant's driver's license.

6.

Copies of cellphone records showing incoming and outgoing calls, texts and messages for the date of the incident.

7.

Copies of ECM (electronic control modules) and other recording devices, satellite tracking systems, GPS data for the date of the incident.

8.

Copy of your State and Federal Income Tax Returns for the immediate past four (4) years.

[Signature Page to Follow]

7

This 11th day of March, 2022.


*/s/ Richard Parsons*
Richard Parsons
Georgia Bar No.: 882961
Shaun Moore
Georgia Bar No.: 780042
Attorneys for Plaintiff

Parsons Law, LLC
208 Pirkle Ferry Road
Suite B
Cumming, GA 30040
678-314-1553
rparsons@parsons-lawfirm.com
smoore@parsons-lawfirm.com

STATE COURT OF
DEKALB COUNTY, GA.
3/11/2022 1:26 PM
E-FILED
BY: Monica Gay

8

**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| Deborah Whitfield, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| v. | ) | |
| | ) | **NO.**_____ |
| Stephen Eubank and | ) | |
| Old Dominion Freight Line, Inc., | ) | |
| | ) | |
| **Defendants.** | ) | |

## Rule 5.2 Certificate of Service

The undersigned hereby certifies a true and correct copy of the within and foregoing "PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT STEPHEN EUBANK" has been served on Defendant Stephen Eubank by personal service via USPS addressed as follows:

Stephen Eubank
367 Nashville Highway
Lewisburg, TN 37091

This 11th day of March, 2022.

Parsons Law, LLC                                  /s/ Richard Parsons
208 Pirkle Ferry Road                                Richard Parsons
Suite B                                           GA Bar No.: 882961
Cumming, GA 30040                                      Shaun Moore
678-314-1553                                      GA Bar No.: 780042
smoore@parsons-lawfirm.com           ATTORNEYS FOR PLAINTIFF
rparsons@parsons-lawfirm.com

9

# Parsons Law, LLC

Parsons Law, LLC
208 Pirkle Ferry Rd. Ste B
Cumming, GA 30040
www.parsons-lawfirm.com

Richard L. Parsons
Office: 678.314.1553
Fax: 678.828.5647
rparsons@parsons-lawfirm.com

TO:        All Judges, Clerk of Court, and Counsel of Record
FROM:   Richard Parsons
RE:        **Notice of Leave of Absence**
DATE:    February 3rd, 2022

_____

      **COMES NOW,** Richard Parsons, and respectfully notifies the Judge before whom he has this case pending, affected Clerk of Court, and all Opposing Counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1.  The periods of leave during which time Applicant will be away from practice of law are:
    a.  February 16, 2022 – February 18, 2022
    b.  April 1, 2022 – April 8, 2022
    c.  May 27, 2022 – June 1, 2022
    d.  June 15, 2022-June 22, 2022
    e.  July 1, 2022 – July 5, 2022
    f.  July 18, 2022 – July 22, 2022
    g.  September 21, 2022 – September 27, 2022
    h.  November 21, 2022 – November 25, 2022
    i.  December 21, 2022 – January 2, 2023

2.  All affected Judges and Opposing Counsel shall have ten (10) days from the date of this notice to object. If no objections are filed, the Leave shall be Granted.

3.  To all Clerks of Court: Please file the Notice and return stamped "filed" copy in enclosed self-addressed envelope.

                    Respectfully submitted,

Parsons Law, LLC                              */s/ Richard Parsons*
208 Pirkle Ferry Rd. Ste B                  Richard Parsons
Cumming, GA 30040                        Georgia Bar No.: 882961
rparsons@parsons-lawfirm.com        Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date served a copy of the foregoing ***Notice of Leave of Absence*** on all Judges, Clerks, and Opposing Counsel via electronic service.

This 3rd day of February, 2022.

Respectfully submitted,

*/s/ Richard Parsons*
Richard Parsons
Bar No.: 882961
Attorney for Plaintiff

Parsons Law, LLC
208 Pirkle Ferry Rd. Ste B
Cumming, GA 30040
rparsons@parsons-lawfirm.com

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| Deborah Whitfield, | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | |
| | ) | **NO.**_____ |
| **Stephen Eubank and** | ) | |
| **Old Dominion Freight Line, Inc.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **DEFENDANTS.** | ) | |

### Rule 5.2 Certificate of Service

The undersigned hereby certifies a true and correct copy of the within and foregoing "PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT STEPHEN EUBANK" has been served on Defendant Stephen Eubank by personal service via USPS addressed as follows:

Stephen Eubank
3667 Nashville Highway
Lewisburg, TN 37091

This 11th day of March, 2022.

/s/ Richard Parsons
Richard Parsons
Georgia Bar No.: 882961
Shaun Moore
Georgia Bar No.: 780042
Attorneys for Plaintiff

Parsons Law, LLC
208 Pirkle Ferry Road
Suite B
Cumming, GA 30040
678-314-1553
rparsons@parsons-lawfirm.com
smoore@parsons-lawfirm.com

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

Deborah Whitfield,                    )
                                      )
    Plaintiff,                       )
                                      )    **CIVIL ACTION FILE**
v.                                    )        22A00926
                                      )    NO._____
Stephen Eubank and,                   )
Old Dominion Freight Line, Inc.,      )
                                      )
    Defendants.                      )

### Rule 5.2 Certificate of Service

The undersigned hereby certifies a true and correct copy of the within and foregoing "PLAINTIFF'S FIRST CONTINUING INTERROGATORIES TO DEFENDANT STEPHEN EUBANK" has been served on Defendant Stephen Eubank by personal service via USPS addressed as follows:

Stephen Eubank
3667 Nashville Highway
Lewisburg, TN 37091

This 11th day of March, 2022.

Parsons Law, LLC                    /s/ Richard Parsons
208 Pirkle Ferry Road               Richard Parsons
Suite B                             GA Bar No.: 882961
Cumming, GA 30040                   Shaun Moore
678-314-1553                        GA Bar No.: 780042
smoore@parsons-lawfirm.com          ATTORNEYS FOR PLAINTIFF
rparsons@parsons-lawfirm.com

13

**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| Deborah Whitfield, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION FILE** |
| v. | ) | |
| | ) | **NO.**_____ |
| Stephen Eubank and | ) | |
| Old Dominion Freight Line, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

### Rule 5.2 Certificate of Service

The undersigned hereby certifies a true and correct copy of the within and foregoing "PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT STEPHEN EUBANK" has been served on Defendant Stephen Eubank by personal service via USPS addressed as follows:

Stephen Eubank
367 Nashville Highway
Lewisburg, TN 37091

This 11th day of March, 2022.

Parsons Law, LLC
208 Pirkle Ferry Road
Suite B
Cumming, GA 30040
678-314-1553
smoore@parsons-lawfirm.com
rparsons@parsons-lawfirm.com

/s/ Richard Parsons
Richard Parsons
GA Bar No.: 882961
Shaun Moore
GA Bar No.: 780042
ATTORNEYS FOR PLAINTIFF

9

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

DEBORAH WHITFIELD,

   Plaintiff,

v.

STEPHEN EUBANK AND
OLD DOMINION FREIGHT LINE, INC.

   Defendants.

CIVIL ACTION
FILE NO.:  22A00926

## NOTICE OF FILING NOTICE OF REMOVAL

  Notice is hereby given of the filing of a Notice of Removal of the above-styled civil action

to the United States District Court, for the Northern District of Georgia, Atlanta Division.  A copy

of the Notice of Removal filed with the United States District Court, excluding pleadings

previously filed in this matter, is attached hereto as Exhibit "A."  Pursuant to 28 U.S.C. § 1446(d),

all future proceedings in this Court are stayed.

  This 11th day of April, 2022.

       MCMICKLE, KUREY & BRANCH, LLP

       */s/ Elenore C. Klingler*
       KEVIN P. BRANCH
       Georgia Bar No. 111839
       ELENORE C. KLINGLER
       Georgia Bar No. 425190
       *Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
Email: kpb@mkblawfirm.com
   eklingler@mkblawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **NOTICE OF FILING**

**NOTICE OF REMOVAL** via the Court's efiling system and statutory electronic service to:

Richard Parsons, Esq.
Shaun Moore, Esq.
PARSONS LAW, LLC
208 Pirkle Ferry Road, Suite B
Cumming, GA 30040
Email: rparsons@parsons-lawfirm.com
*Attorneys for Plaintiff*

This 11th day of April, 2022.

/s/ *Elenore C. Klingler*

_____
ELENORE C. KLINGLER
For the Firm

M0859520.1 15832